■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILFREDO VERGARA, Appellant. [843 NYS2d 830]—Judgment, Supreme Court, Bronx County (Megan Tallmer, J.), rendered March 2, 2006, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the third degree, and sentencing him, as a second felony offender, to a term of 9 to 18 years, unanimously affirmed.

The verdict was not against the weight of the evidence. Defendant's course of conduct warrants the conclusion that he was a participant in the drug transaction, whose role included bringing a customer to a seller, specifying the price, accepting payment, and taking an order (*see People v Bello*, 92 NY2d 523 [1998]).

The court properly exercised its discretion in denying defendant's mistrial motion, made on the basis of the prosecu-

tor's summation. The challenged remarks constituted fair comment on the evidence, made within the bounds of permissible advocacy, and were responsive to defense arguments (*see People v Overlee*, 236 AD2d 133 [1997], *lv denied* 91 NY2d. 976 [1998]; *People v D'Alessandro*, 184 AD2d 114, 118-119 [1992], *lv denied* 81 NY2d 884 [1993]).

We perceive no basis for reducing the sentence. Concur—Tom, J.P., Saxe, Sullivan, Gonzalez and Sweeny, JJ.